■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMARCUS DEAN, Appellant. [910 NYS2d 758]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered September 12, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Sconiers and Gorski, JJ.